1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9    Adam Roth,

10                    Plaintiff,

11    v.

12    Allstate Insurance Company, et al.,

13                    Defendants.

14

**NO. CV-17-00587-TUC-FRZ**

**JUDGMENT IN A CIVIL CASE**

15          **Decision by Court.**   This action came for consideration before the Court.   The

16    issues have been considered and a decision has been rendered.

17          IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed

18    February 7, 2018, this case is remanded to the Pima County Superior Court.

19

20                                         Brian D. Karth

21                                         District Court Executive/Clerk of Court

22    February 7, 2018

23                                         s/ Danielle Scumaci-Vroegh

                              By    Deputy Clerk

24
25
26
27
28